Skelton, Appellant, *v.* Thompson.

Argued October 8, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused December 18, 1968.

*John G. Gent,* with him *Quinn, Plate, Gent, Buseck & Leemhuis,* for appellant.

*John W. Beatty*, with him *Knox, Graham, Pearson & McLaughlin,* for appellee.

OPINION PER CURIAM, November 13, 1968:
Judgment affirmed by an evenly divided Court.
Mr. Justice MUSMANNO did not participate in the decision of this case.